UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ZACHARY GUERRA,
Institutional ID No. 2328599

        Plaintiff,

v.

PATRICK L. O'DANIEL, *et al.*,

        Defendants.

No.  1:23-CV-00141-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 30, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge